IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 2:20-MJ-606 |
| | : | MAGISTRATE JUDGE DEAVERS |
| Plaintiff, | : | |
| v. | : | |
| MYKELL REENEESHA UNEEK HAWES, | : | |
| Defendant. | : | |

### ORDER TO UNSEAL

The Government having moved to unseal the case in the above-entitled cause, for the reasons set forth in the Government's motion;

IT IS HEREBY ORDERED that said case be unsealed.

_____
United States Magistrate Judge

10-21-2020
Date